**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-62879-RAR**

**DAVID BLOOMGARDEN, on**
**behalf of himself and all others**
**similarly situated**,

       Plaintiff,

v.

**ALLSTATE FIRE & CASUALTY**
**INSURANCE COMPANY,**

       Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND**
**MOTION TO STAY DISCOVERY**

**THIS CAUSE** comes before the Court on Defendant's Motion to Dismiss [ECF No. 10] and Defendant's Motion to Stay Discovery [ECF No. 26]. The Court heard argument on February 7, 2020. For the reasons stated on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss [ECF No. 10] is **DENIED**. Plaintiff's Complaint properly states a claim for breach of contract. *See Nordt v. Colina Ins. Ltd.*, No. 17-21226-CIV, 2017 WL 4225550, at *6 (S.D. Fla. Sept. 22, 2017).

2. Defendant's Motion to Stay Discovery [ECF No. 26] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of February, 2020.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**